NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIDTRONICS, INC.,**
*Plaintiff-Appellee,*

v.

**AURORA PERFORMANCE PRODUCTS LLC
(DOING BUSINESS AS ARGUS ANALYZERS) AND
BPPOWER, INC.,**
*Defendants-Appellants.*

---

2011-1589

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-3917, Judge Milton I. Shadur.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

### O R D E R

BPPower, Inc. submits a motion for a stay of the recall provision of a permanent injunction, revised on November 8, 2011, that requires, inter alia, that the appellants recall accused products from end-users and that they offer cash refunds "to end-users in exchange for

returning Accused Products to Defendants." BPPower also submits a motion to stay execution of the judgment insofar as it requires them to pay $1,265,000 in attorney fees, costs and prejudgment interest. BPPower also moves for "immediate action."

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Midtronics, Inc. is directed to respond to the motions no later than December 14, 2011.

(2) The recall provision is temporarily stayed, pending the court's receipt of Midtronics' response and the court's consideration of the papers submitted. Execution of the monetary judgment is also temporarily stayed, pending the court's consideration of the papers submitted.

(3) The motion for "immediate action" is denied.

FOR THE COURT

DEC 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James R. Burdett, Esq.
Craig M. Scott, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2011

JAN HORBALY
CLERK